# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | ALLEN G SHOEMAKER |
| Employee ID: | 01027591 |
| Finance Number: | 41-2916 |
| Pay Location: | K01 |
| Pay Period: | 03-2026 |
| Pay Date: | 01/30/26 |
| Inclusive Dates: | 01/10/26 - 01/23/26 |

**Net Pay:** $2,283.85

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-26 | 1 | K | 001 | T44 | 710 | 43.80 | 050 | EMA Trips | 4.00 | | 131.40 |
| 03-26 | 1 | K | 001 | | 710 | 88,516 | 051 | RURAL ACTUAL HOURS | 21.63 | .00 | |
| 03-26 | 1 | K | 001 | | 710 | 88,516 | 055 | ANNUAL LEAVE | 8.00 | 340.45 | |
| 03-26 | 1 | K | 001 | | 710 | 88,516 | 052 | WORK HOURS | 35.20 | 1,361.79 | |
| 03-26 | 2 | K | 001 | T44 | 710 | 43.80 | 050 | EMA Trips | 3.00 | | 131.40 |
| 03-26 | 2 | K | 001 | | 710 | 88,516 | 051 | RURAL ACTUAL HOURS | 16.05 | .00 | |
| 03-26 | 2 | K | 001 | | 710 | 88,516 | 056 | SICK LEAVE | 8.00 | 340.45 | |
| 03-26 | 2 | K | 001 | | 710 | 88,516 | 058 | HOLIDAY LEAVE | 8.00 | 340.45 | |
| 03-26 | 2 | K | 001 | | 710 | 88,516 | 052 | WORK HOURS | 26.40 | 1,021.34 | |
| | | | | | | | | **Total Hours Gross Pay:** | | 3,404.48 | |

## Leave & Retirement Information

**Category: 6.00** — Annual Leave
Leave Computation Date: 05/04/13

| | |
|---|---|
| AL Prior Year Balance | 6.75 |
| AL Maximum Carryover | 65.00 |
| AL Carried over from Prior Year | 6.75 |
| + AL Earned YTD | .75 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 1.00 |
| = Earned Annual Leave Balance | 6.50 |
| + AL Advanced YTD | 19.25 |
| = Available AL Balance | **25.75** |
| AL Used this Pay Period | 1.00 |

**Category: 4.00** — Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 18.87 |
| + SL Earned YTD | .50 |
| - SL Used YTD | 1.00 |
| = Current SL Balance | **18.37** |
| SL Used this Pay Period | 1.00 |

Other Leave

| | |
|---|---|
| Relief (X) Days Prior Year Balance | .00 |
| + Relief (X) Days Earned YTD | .00 |

### Other Leave

| | | |
|---|---|---|
| - Relief (X) Days Used YTD | | .00 |
| = Relief (X) Days Balance | | .00 |

### Leave Without Pay (LWOP)

| | | |
|---|---|---|
| Pay Period LWOP | | .00 |
| Calendar LWOP YTD | | .00 |
| Leave Increment LWOP | | .00 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 316.62 | Total: | 22,630.13 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 34.04 | YTD USPS 1%: | 102.12 |
| PP Match: | 136.17 | YTD Matching: | 408.51 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | 4.35 | YTD: | 13.05 |

### Earnings Statement Messages

REVIEW W4 IN POSTALEASE

## Additional Pay & Other Compensation

| Description | Amount Pay Period | YTD |
|---|---|---|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $3,404.48 | $10,213.42 |

## Deductions

| Description | Amount Pay Period | YTD |
|---|---|---|
| Retirement: FERS – Ret-FICA Code C | 105.54 | 316.62 |
| Social Security | 202.14 | see YTD below |
| Medicare | 47.27 | see YTD below |
| Federal Tax: S 00 | 338.06 | 1,018.58 |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 127.59 | 364.45 |
| State Income Tax: PA S 00 | 100.09 | 300.89 |
| Local Tax: 385 S 00 | 65.21 | see YTD below |
| FEDVIP Vision Pre Tax | 6.72 | 20.16 |
| FEDVIP Dental Pre Tax | 9.84 | 27.80 |
| Social Security (deducted on Ins Income) | .27 | 608.47 |
| Medicare (deducted on Ins Income) | .06 | 142.30 |
| TSP Loan: G | 165.33 | 495.99 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 170.22 | 510.66 |
| Total Current Pay Period Deductions: | 1,383.43 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,383.43 | $4,137.21 |
| + Total Current Pay Period EMA: | 262.80 | 790.80 |
| Net Pay (Net To Bank): | $2,283.85 | $6,867.01 |

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Union Dues: R | 33.09 | 99.27 |
| Extra Local Tax | 12.00 | 232.02 |
| Total Current Pay Period Deductions: | 1,383.43 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,383.43 | $4,137.21 |
| + Total Current Pay Period EMA: | 262.80 | 790.80 |
| Net Pay (Net To Bank): | $2,283.85 | $6,867.01 |

## Adjustments

No adjustments for this pay period

| | | | | DETAIL EARNINGS | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|
| K | K01 | 41-2916 | A G SHOEMAKER | | | 01027591 | 02 26 | 00007534 | | |
| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: | 6.00 |
| 2 | K001 | 88516 | 710 | W | 44.00 | 1702.23 | GROSS PAY 3404.47 | 6808.94 | AL PRIOR YR BAL | 12.75 |
| 1 | K001 | 88516 | 710 | W | 35.20 | 1367.79 | FED TAX S0 339.31 | 680.52 | + AL EARNED YTD | 20.00 |
| | | | | L | 8.00 | 340.45 | ST TAX PA S0 100.27 | 200.80 | + AL HOL EARNED YTD | 0.00 |
| INSURANCE INCOME | | | | | | 4.35 | RETIRE C 105.54 | 211.08 | - AL USED YTD | 26.00 |
| X DAY BALANCE | | | | | | 0 | MEDICARE 47.42 | 94.97 | = EARNED AL BAL | 6.75 |
| 2 | K001 | 4400 | E44 | T | 5.00 | 220.00 | UN R 33.09 | 66.18 | + AL ADVANCED | 0.00 |
| 1 | K001 | 4400 | E44 | T | 4.00 | 176.00 | L0385 12.00 | 154.81 | = AVAIL AL BAL | 6.75 |
| | | | | | | | TSP05 170.22 | 340.44 | AL USED THIS PP | 0.00 |
| | | | | | | | TSPLG 165.33 | 330.66 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | FDVD PRE 8.98 | 17.96 | SL PRIOR YR BAL | 7.87 |
| | | | | | | | FDVV PRE 6.72 | 13.44 | + SL EARNED YTD | 13.00 |
| | | | | | | | L0385 65.32 | 142.81 | - SL USED YTD | 2.00 |
| | | | | | | | HP33ASLF 81.99 | 81.99 | = CURRENT SL BAL | 18.87 |
| | | | | | | | HP33ASLF 40.75 | 154.87 | SL USED THIS PP | 0.00 |
| | | | | | | | SOSEC 202.76 | 406.06 | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | NET 2024.77 | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | EM-E 396.00 | 528.00 | PP01 TO CURRENT PP | 0.00 |
| REVIEW W4 IN POSTALEASE | | | | | | | | | USPS RETIREMENT | |
| | | | | | | | NET PAY 2420.77 | NT BK | 22630.13 | |

POSTMASTER/MANAGER
701 MAIN ST
FREELAND PA 18224-9998

01-16-2026
00007534

ALLEN G SHOEMAKER
152 NORTH SHEAMAN ROAD
WHITE HAVEN PA 18661-3118

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | ALLEN G SHOEMAKER |
| Employee ID: | 01027591 |
| Finance Number: | 41-2916 |
| Pay Location: | K01 |
| Pay Period: | 01-2026 |
| Pay Date: | 01/02/26 |
| Inclusive Dates: | 12/13/25 - 12/26/25 |

**Net Pay:** $2,162.39

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-26 | 1 | K | 001 | T44 | 710 | 44.00 | 050 | EMA Trips | 3.00 | | 88.00 |
| 01-26 | 1 | K | 001 | | 710 | 88,516 | 051 | RURAL ACTUAL HOURS | 20.10 | .00 | |
| 01-26 | 1 | K | 001 | | 710 | 88,516 | 056 | SICK LEAVE | 16.00 | 680.89 | |
| 01-26 | 1 | K | 001 | | 710 | 88,516 | 052 | WORK HOURS | 26.40 | 1,021.34 | |
| 01-26 | 2 | K | 001 | T44 | 710 | 44.00 | 050 | EMA Trips | 4.00 | | 44.00 |
| 01-26 | 2 | K | 001 | | 710 | 88,516 | 051 | RURAL ACTUAL HOURS | 27.12 | .00 | |
| 01-26 | 2 | K | 001 | | 710 | 88,516 | 058 | HOLIDAY LEAVE | 8.00 | 340.45 | |
| 01-26 | 2 | K | 001 | | 710 | 88,516 | 052 | WORK HOURS | 35.20 | 1,361.79 | |
| | | | | | | | | Total Hours Gross Pay: | | 3,404.47 | |

## Leave & Retirement Information

**Category: 6.00** — Annual Leave
Leave Computation Date: 05/04/13

| | |
|---|---|
| AL Prior Year Balance | 12.75 |
| AL Maximum Carryover | 65.00 |
| AL Carried over from Prior Year | 12.75 |
| + AL Earned YTD | 19.25 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 26.00 |
| = Earned Annual Leave Balance | 6.00 |
| + AL Advanced YTD | .75 |
| = Available AL Balance | **6.75** |
| AL Used this Pay Period | .00 |

**Category: 4.00** — Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 7.87 |
| + SL Earned YTD | 12.50 |
| - SL Used YTD | 2.00 |
| = Current SL Balance | **18.37** |
| SL Used this Pay Period | 2.00 |

**Other Leave**

| | |
|---|---|
| Relief (X) Days Prior Year Balance | .00 |
| + Relief (X) Days Earned YTD | 5.00 |
| - Relief (X) Days Used YTD | 5.00 |

### Other Leave

| | |
|---|---:|
| = Relief (X) Days Balance | .00 |

### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 105.54 | Total: | 22,630.13 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 34.04 | YTD USPS 1%: | 34.04 |
| PP Match: | 136.17 | YTD Matching: | 136.17 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 4.35 | YTD: | 4.35 |

### Earnings Statement Messages

REVIEW W4 IN POSTALEASE

## Additional Pay & Other Compensation

| Description | Amount Pay Period | Amount YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $3,404.47 | $3,404.47 |

## Deductions

| Description | Amount Pay Period | Amount YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code C | 105.54 | 105.54 |
| Social Security | 203.03 | see YTD below |
| Medicare | 47.48 | see YTD below |
| Federal Tax: S 00 | 341.21 | 341.21 |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 114.12 | 114.12 |
| State Income Tax: PA S 00 | 100.53 | 100.53 |
| Local Tax: 385 S 00 | 65.49 | see YTD below |
| FEDVIP Vision Pre Tax | 6.72 | 6.72 |
| FEDVIP Dental Pre Tax | 8.98 | 8.98 |
| Social Security (deducted on Ins Income) | .27 | 203.30 |
| Medicare (deducted on Ins Income) | .07 | 47.55 |
| TSP Loan: G | 165.33 | 165.33 |
| Thrift Savings Plan (TSP) 5% - (Regular) | 170.22 | 170.22 |
| Union Dues: R | 33.09 | 33.09 |
| Total Current Pay Period Deductions: | 1,374.08 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,374.08 | $1,374.08 |
| + Total Current Pay Period EMA: | 132.00 | 132.00 |
| Net Pay (Net To Bank): | $2,162.39 | $2,162.39 |

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Extra Local Tax | 12.00 | 77.49 |
| Total Current Pay Period Deductions: | 1,374.08 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,374.08 | $1,374.08 |
| + Total Current Pay Period EMA: | 132.00 | 132.00 |
| Net Pay (Net To Bank): | $2,162.39 | $2,162.39 |

### Adjustments

No adjustments for this pay period

## Employee Information

| | |
|---|---|
| Employee: | ALLEN G SHOEMAKER |
| Employee ID: | 01027591 |
| Finance Number: | 41-2916 |
| Pay Location: | K01 |
| Pay Period: | 26-2025 |
| Pay Date: | 12/19/25 |
| Inclusive Dates: | 11/29/25 - 12/12/25 |

**Net Pay:** $2,294.41

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-25 | 1 | K | 001 | T44 | 710 | 44.00 | 050 | EMA Trips | 5.00 | | 220.00 |
| 26-25 | 1 | K | 001 | | 710 | 88,516 | 051 | RURAL ACTUAL HOURS | 29.13 | .00 | |
| 26-25 | 1 | K | 001 | | 710 | 88,516 | 052 | WORK HOURS | 44.00 | 1,702.23 | |
| 26-25 | 2 | K | 001 | T44 | 710 | 44.00 | 050 | EMA Trips | 5.00 | | 44.00 |
| 26-25 | 2 | K | 001 | | 710 | 88,516 | 051 | RURAL ACTUAL HOURS | 30.72 | .00 | |
| 26-25 | 2 | K | 001 | | 710 | 88,516 | 052 | WORK HOURS | 44.00 | 1,702.23 | |
| | | | | | | | | Total Hours Gross Pay: | | 3,404.46 | |

## Leave & Retirement Information

**Category: 6.00** — Annual Leave
Leave Computation Date: 05/04/13

| | |
|---|---|
| AL Prior Year Balance | 12.75 |
| AL Maximum Carryover | 65.00 |
| AL Carried over from Prior Year | 12.75 |
| + AL Earned YTD | 18.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 26.00 |
| = Earned Annual Leave Balance | 4.75 |
| + AL Advanced YTD | 2.00 |
| = Available AL Balance | **6.75** |
| AL Used this Pay Period | .00 |

**Category: 4.00** — Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 7.87 |
| + SL Earned YTD | 12.00 |
| - SL Used YTD | .00 |
| = Current SL Balance | **19.87** |
| SL Used this Pay Period | .00 |

**Other Leave**

| | |
|---|---|
| Relief (X) Days Prior Year Balance | .00 |
| + Relief (X) Days Earned YTD | 5.00 |
| - Relief (X) Days Used YTD | 5.00 |
| = Relief (X) Days Balance | .00 |

1/3

## Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

## Retirement

| | | | |
|---|---|---|---|
| YTD: | 2,297.62 | Total: | 20,332.51 |

## FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 34.04 | YTD USPS 1%: | 741.22 |
| PP Match: | 136.17 | YTD Matching: | 2,964.68 |

## Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | 4.35 | YTD: | 71.39 |

## Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $3,404.46 | $74,934.27 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code C | 105.54 | 2,297.62 |
| Social Security | 203.02 | see YTD below |
| Medicare | 47.48 | see YTD below |
| Federal Tax: S 00 | 341.20 | 6,460.83 |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 114.12 | 2,820.38 |
| State Income Tax: PA S 00 | 100.53 | 2,197.59 |
| Local Tax: 385 S 00 | 65.49 | see YTD below |
| FEDVIP Vision Pre Tax | 6.72 | 174.66 |
| FEDVIP Dental Pre Tax | 8.98 | 233.60 |
| Social Security (deducted on Ins Income) | .27 | 4,442.54 |
| Medicare (deducted on Ins Income) | .06 | 1,038.98 |
| TSP Loan: G | 165.33 | 4,298.58 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 170.22 | 3,705.98 |
| Union Dues: R | 33.09 | 860.34 |
| Extra Local Tax | 12.00 | 1,743.59 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | .00 | 123.10 |

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Current Pay Period Deductions: | 1,374.05 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | -$1,374.05 | $30,397.79 |
| + Total Current Pay Period EMA: | 264.00 | 9,265.90 |
| Net Pay (Net To Bank): | $2,294.41 | $53,802.38 |

## Adjustments

No adjustments for this pay period

3/3

Case 5:26-bk-00399    Doc 4    Filed 02/11/26    Entered 02/11/26 18:43:40    Desc Main
Document    Page 10 of 10