Certificate Number: 17082-PAM-DE-040644591

Bankruptcy Case Number: 26-00399



17082-PAM-DE-040644591

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2026, at 8:11 o'clock AM MST, ALLEN G SHOEMAKER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 21, 2026    By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director