United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Allen George Shoemaker

    Debtor

Case No. 26-00399-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: admin                     Page 1 of 1

Date Rcvd: May 28, 2026             Form ID: fnldecac               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**                **Recipient Name and Address**
db                   +   Allen George Shoemaker, 152 N Sheaman Rd, White Haven, PA 18661-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026               Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Allen George Shoemaker usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | larynard@larynardlaw.com  PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Allen George Shoemaker,　　　　　　　　　　　Chapter　　　7
aka Allen G Shoemaker, aka Allen Shoemaker,

**Debtor 1**　　　　　　　　　　　Case No.　　　5:26−bk−00399−MJC

Social Security No.:
　　　　　　　　　　　xxx−xx−2565

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

　　　　　　　　　　　BY THE COURT
　　　　　　　　　　　By the Court,

　　　　　　　　　　　Mark J. Conway, United States Bankruptcy Judge

　　　　　　　　　　　Dated:　May 27, 2026

**fnldecac** (05/18)